USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/11/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PEGUERO, *et al.*,

                Plaintiffs,

-against-

NEROS HACKING LLC, *et al.*,

                Defendants.

24-CV-05612

Order

---

**ANDREW L. CARTER, JR.**, United States District Judge:

      The Court previously ordered Defendants to show cause as to why this case ought not be remanded to state court for violation of the forum-defendant rule of 28 U.S.C. § 1441(b)(2). That statute states that "[a] civil action otherwise removable solely on the basis of the jurisdiction under section 1332(a) of this title may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." *Id.* Defendants do not refute the Complaint's allegation that defendants Joseph Anderson and Neros Hacking LLC are citizens of the State of New York and do not address the issue of the applicability of the forum-defendant rule. ECF No. 7. Therefore, this case is hereby **REMANDED** to state court for violation of the forum-defendant rule.

**SO ORDERED.**

Dated:  September 11, 2024
          New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**